IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-30087 |
| | ) | |
| ALVIN A. HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Alvin Houston's Emergency Motion for Temporary Release from Detention (d/e 10). Defendant Houston asks for a temporary release to attend the funeral of Loretta Hubbard who died on January 25, 2006. The memorial and funeral services will be held at the Archway Memorial Chapel (Chapel), 111 Taylor Rd., Hazelwood, Missouri 63042. The Government and the U.S. Marshal's Office have no objection on the condition that the U.S. Marshal's Office procedures are followed and the costs incurred by the U.S. Marshal's Office in connection with this request are paid in advance.

THEREFORE, Defendant Alvin Houston's Emergency Motion for

Temporary Release from Detention (d/e 10) is ALLOWED, in part, subject to the following conditions. The Court orders that if Defendant Houston's family members pay to the U.S. Marshal's Office at 600 E. Monroe, Springfield, Illinois, by 5:00 p.m. January 27, 2006, the sum of $788.42, by certified check or other certified funds, to pay for the cost of transporting Defendant Houston to and from the Chapel, then the U.S. Marshal's Office shall escort Defendant Houston to and from the Chapel for a private viewing of Loretta Hubbard at a time convenient to the U.S. Marshal's Office between 5:00 p.m. January 27, 2006, and the scheduled time of the funeral. Defendant Houston shall remain in the custody of the U.S. Marshal's Office at all times.

IT IS THEREFORE SO ORDERED.

ENTER: January 27, 2006.

FOR THE COURT:

                                            s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                                   UNITED STATES DISTRICT JUDGE